UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: CR. 01-70(02)(PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARD DAMIEN KANE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: April 17, 2006

Paul A. Magnuson
U.S. Magistrate Judge

SCANNED
APR 20 2006
U.S. DISTRICT COURT ST. PAUL